**dmv** www.dmvNow.com
Virginia Department of Motor Vehicles
Post Office Box 27412
Richmond, Virginia 23269-0001

## APPLICATION FOR TRANSFER AND SUPPLEMENTAL LIENS

VSA 66 (12/20/2016)

**Purpose:** Use this form to apply for a lien transfer or a supplemental lien.

**Instructions:** Submit this form to any DMV customer service center with the appropriate fees. You may also mail the form and fees to the Titling Work Center at the address above.

### APPLICATION TYPE

CHECK ONE:

☐ **Transfer of Lien:** Submit an original title unless the lienholder is a participant in the electronic title program. Complete sections (1) Owner Information, (2) Vehicle Information, (3) Current Lien Information, (4) Transfer of Lien, and (6) Certification.

☒ **Supplemental Lien:** Submit an original title unless the new lienholder is the same as the old lienholder and the lienholder is a participant in the electronic title program. Complete sections (1) Owner Information, (2) Vehicle Information, (3) Current Lien Information, (5) Supplemental Lien, and (6) Certification.

### 1. OWNER INFORMATION

| OWNER FULL LEGAL NAME | TELEPHONE NUMBER | DMV CUSTOMER NUMBER / FEIN / SSN |
|---|---|---|
| PRASAD, SUNDARI, KARMA | | |

| MAILING ADDRESS | CITY OR TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 3940 FAIRVIEW DR | FAIRFAX | VA | 22031 |

Are any of the vehicle owners on active military duty or service? ☐ YES ☒ NO

### 2. VEHICLE INFORMATION

| VIN | 3N1CN8DV3NL860264 |
| YEAR | 2022 |
| MAKE | NISSAN |
| MODEL | VERSA |
| BODY TYPE | 4D SEDAN AT |

### 3. CURRENT LIEN INFORMATION

Check One: ☐ Printed original paper title certificate attached  ☐ Original title certificate is electronic title (no paper title attached)

FIRST LIEN / SECOND LIEN (blank)

### 4. TRANSFER OF LIEN

Complete this section only to transfer a lien to a new lienholder. (blank)

### 5. SUPPLEMENTAL LIEN

Complete this section to add a lien. The priority of the security interest will be determined according to the date of the application filing (Virginia Code § 46.2-637).

| LIENHOLDER NAME | Capital Community Bank |
| MAILING ADDRESS | 15400 Sherman Way, Suite 300 |
| CITY OR TOWN | Van Nuys |
| STATE | CA |
| ZIP CODE | 91406 |

VSA 66 (12/20/2016)
Page 2

| 6. CERTIFICATION |
|---|

I/we hereby make application for a title certificate for the vehicle described herein and for that purpose certify and affirm that all information presented in this form is true and correct, that any documents I/we have presented to DMV are genuine, and that the information included in all supporting documentation is true and accurate. I/we make this certification and affirmation under penalty of perjury and I/we understand that knowingly making a false statement or representation on this form is a criminal violation.

Owners must sign when application is made for a supplemental lien. Lienholders must sign when transferring a lien.

| OWNER SIGNATURE *[signed]* | DATE (mm/dd/yyyy) 8/21/23 |
|---|---|
| CO-OWNER SIGNATURE | DATE (mm/dd/yyyy) |

| CURRENT LIENHOLDER NAME (print) | CURRENT LIENHOLDER SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| NEW LIEN HOLDER NAME (print) | NEW LIENHOLDER SIGNATURE | DATE (mm/dd/yyyy) |

| PRIVACY ACT NOTICE |
|---|

The information, including Social Security Number, is requested in accordance with §46.2-623 (Virginia Code). Any person who refuses to supply the required information will be denied a Certificate of Title and/or registration. Title and registration records may be disseminated in accordance with Virginia Code §§ 46.2- 208 through 46.2-214, to business, law enforcement, or authorized government entities.