EXHIBIT D

# Lien Details

## Lien Information

**Lien Recording Date:** 08/21/2023
**ELT Number:**
**Title Number:** 2213529135
**VIN:** 3N1CN8DV3NL860264

## Vehicle Information

**Title Number:** 2213529135
**VIN:** 3N1CN8DV3NL860264
**Year:** 2022
**Make Code:** NISS
**Title Issue Date:** 03/02/2023
**Number of Owners:** 1

## Owners

SUNDARI KARMA PRASAD
3940 FAIRVIEW DR
FAIRFAX, VA 220313408

## Lien Holder

CAPITAL COMMUNITY BANK
15400 SHERMAN WAY STE 170
VAN NUYS, CA 91406-4272

## Lien Activity

09/13/2023 3:01 AM caitlynt Lien is placed: ELT received